The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EPHRAIM ROSENBERG, *et al.*, <br><br> Defendants. | NO. CR20-151RAJ <br><br> **ORDER** |

Having reviewed the United States' Motion to Unseal Court Docket and the records and files in the above-captioned matter, the Court finds that the circumstances are as set forth in said motion and the request to unseal the court docket is hereby GRANTED.

Accordingly,

IT IS HEREBY ORDERED that the Clerk of the Court shall unseal the docket in the above-captioned matter, *United States v. Rosenberg, et al.*, CR20-151RAJ, on Friday, September 18, 2020, at or about 9 a.m. (PT).

//
//
//

ORDER UNSEALING – 1
*United States v. Rosenberg, et al.* (CR20-151RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     IT IS FURTHER ORDERED that the records on file in the above-captioned matters
2 that are otherwise subject to separately filed sealing orders, if any, shall remain under seal.
3     SO ORDERED.
4
5     DATED this 18th day of September, 2020.

                                  HON. RICHARD A. JONES
                                  United States District Judge

Presented by:

*s/ Steven T. Masada*
STEVEN T. MASADA
SIDDHARTH VELAMOOR
Assistant United States Attorneys

ORDER UNSEALING – 2
*United States v. Rosenberg, et al.* (CR20-151RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970