The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EPHRAIM ROSENBERG,<br><br>　　　　　Defendant. | NO. CR 20-151 RAJ<br><br>NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT ROSENBERG |

PLEASE TAKE NOTICE that the defendant named above, Ephraim Rosenberg, hereby enters his Notice of Appearance in the above-entitled action, by and through his attorneys of record, Peter Offenbecher and Skellenger Bender, P.S., and requests that all further pleadings or papers herein, be served on his counsel at the address set out below.

Dated this 18th day of September, 2020.

*/s/ Peter Offenbecher*

Peter Offenbecher
SKELLENGER BENDER, P.S.
1301 Fifth Avenue, Suite 3401
Seattle, WA 98101
poffenbecher@skellengerbender.com
Attorneys for Ephraim Rosenberg

NOTICE OF APPEARANCE ON BEHALF OF
DEFENDANT ROSENBERG – 1

**skellengerbender**

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

3183112

**CERTIFICATE OF SERVICE**

I, Jule Freeman, certify that on September 18, 2020, I electronically filed the Notice of Appearance on Behalf of Defendant Rosenberg with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

DATED this 18th day of September, 2020.

_____
Jule Freeman
SKELLENGER BENDER, P.S.
Case Analyst

NOTICE OF APPEARANCE ON BEHALF OF
DEFENDANT ROSENBERG – 2

3183112

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501