The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EPHRAIM ROSENBERG,<br><br>Defendant. | NO. CR20-151 RAJ<br><br>DEFENDANT ROSENBERG'S WAIVER OF IN-PERSON APPERANCE AND CONSENT TO PROCEED BY VIDEO/TELEPHONIC CONFERENCE |

I, Ephraim Rosenberg, the above named defendant, acknowledge that I have been advised by my lawyer and the Court—by this form—that pursuant to the Federal Rules of Criminal Procedure and the Sixth Amendment to the U.S. Constitution, I generally have the right to be personally present in open court to any hearing involving a criminal proceeding to which I am a party.

I am scheduled to have the following hearing on:

- Arraignment, October 16, 2020, at 8:00 a.m.

I have been advised by my lawyer that because of coronavirus disease 2019 (COVID-19), the Governor of the State of Washington has issued an Emergency Proclamation and Chief

DEFENDANT ROSENBERG'S WAIVER OF IN-PERSON APPERANCE AND CONSENT TO PROCEED BY VIDEO/TELEPHONIC CONFERENCE – 1

3210069

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

1   Judge Ricardo S. Martinez in the Western District of Washington has issued a General Order

2   15-20 regarding Emergency Hearings.  As a result, I cannot currently be personally present in

3   open court for this scheduled hearing.  Therefore, I wish to waive my right to be personally

4   present in open court for the above-hearing(s), and acknowledge that my right to due process

5   under the Constitution is best protected by moving forward with the hearing by video/telephonic

6   conference.

7       I have discussed with my lawyer this consent to appear and participate by

8   video/telephonic conference and have agreed to the same.

9       I have also authorized my lawyer to electronically execute this form on my behalf.

10       Dated this 14th day of October, 2020.

                                      Peter Offenbecher
                                      Lawyer's signature, electronically executed,
                                      On behalf of Ephraim Rosenberg

DEFENDANT ROSENBERG'S WAIVER OF IN-PERSON APPERANCE AND CONSENT TO PROCEED BY VIDEO/TELEPHONIC CONFERENCE – 2

3210069

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

**CERTIFICATE OF SERVICE**

I, Jule Freeman, certify that on October 14, 2020, I electronically filed Defendant Rosenberg's Waiver of In-person Appearance and Consent to Proceed by Video/Telephonic Conference with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

DATED this 14th day of October, 2020.

Jule Freeman
SKELLENGER BENDER, P.S.
Case Analyst

DEFENDANT ROSENBERG'S WAIVER OF IN-PERSON APPERANCE AND CONSENT TO PROCEED BY VIDEO/TELEPHONIC CONFERENCE – 3

3210069

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501