Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EPHRAIM ROSENBERG,<br>JOSEPH NILSEN,<br>HADIS NUHANOVIC,<br>KRISTEN LECCESE,<br>ROHIT KADIMISETTY,<br><br>Defendants. | NO. CR20-151RAJ<br><br>**[PROPOSED] ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE** |

THE COURT, having considered the Stipulated Motion to Continue Trial Date and Pretrial Motions Deadline, and all the files and records herein, finds as follows:

1. The facts and circumstances are as set forth in the Stipulated Motion to Continue Trial Date and Pretrial Motions Deadline;

2. The case is complex due to such factors as the nature of the charges and prosecution, the potential consequences, the possible questions of law and fact, the size, scope, and technical nature of discovery, and the unusual complexity of the case;

Order Continue Trial Date - 1
*U.S. v. Rosenberg, et al.*, CR20-151RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The Coronavirus Disease 2019 (COVID-19) pandemic and health-related directives and considerations substantially impair counsels' ability to meet with their respective clients and adequately prepare for trial, warranting a continuance of this matter;

4. In light of the recommendations made by the Centers for Disease Control and Prevention (CDC) and Public Health for Seattle and King County regarding social distancing measures required to stop the spread of this disease, it is not possible to proceed with a jury trial on this matter as currently scheduled, particularly given the number of defendants and counsel and the anticipated witnesses and duration of trial;

5. Failure to grant a continuance in this case would deny counsel the reasonable time necessary for effective preparation of trial and other pretrial proceedings, taking into account the exercise of due diligence;

6. For these reasons, failure to grant a continuance could result in a miscarriage of justice;

7. The ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial;

8. All these findings are made within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(i),(ii) and (iv);

9. The period of time from the filing date of the Stipulated Motion to Continue Trial Date and Pretrial Motions Deadline until the new trial date, set forth below, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that:

1. The trial in this matter is continued to _____, at 9:00 a.m.;

2. Pre-trial motions are due no later than _____, with all pretrial motions noted for consideration on the third Friday after filing, and responses thereto due no later than fourteen (14) days after filing of motions;

Order Continue Trial Date - 2
U.S. v. Rosenberg, et al., CR20-151RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The defendant shall immediately file with the Court a waiver of rights under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, through the aforementioned trial date or through February 2022, whichever is later, consistent with this Order.

DATED this _____ day of November, 2020.

                                      HON. RICHARD A. JONES
                                      United States District Court Judge

Presented by:

*s/ Steven Masada*
STEVEN MASADA
Assistant United States Attorney

Order Continue Trial Date - 3
*U.S. v. Rosenberg, et al.*, CR20-151RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970