The Hon. Robert A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EPHRAIM ROSENBERG, *et al.*,<br><br>Defendants. | NO. CR20-151- RAJ<br><br>**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR THE UNITED STATES** |

PLEASE TAKE NOTICE that Assistant United States Attorney ("AUSA") Jehiel I. Baer hereby appears on behalf of the United States, for the specific purpose of litigating the forfeiture aspects of this case. Going forward, please serve copies of all pleadings, court documents, and correspondence on AUSA Jehiel I. Baer at:

> JEHIEL I. BAER
> Assistant United States Attorney
> United States Attorney's Office
> 700 Stewart Street, Suite 5220
> Seattle, WA  98101
> (206) 553-2242
> Jehiel.Baer@usdoj.gov

Notice of Appearance - 1
*United States v. Rosenberg, et al.,* CR20-151-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | DATED this 19th day of January, 2021. |
| 2 | |
| 3 | Respectfully submitted, |
| 4 | BRIAN T. MORAN<br>United States Attorney |
| 5 | |
| 6 | |
| 7 | /s/ Jehiel I. Baer<br>JEHIEL I. BAER |
| 8 | Assistant United States Attorney<br>United States Attorney's Office |
| 9 | 700 Stewart Street, Suite 5220 |
| 10 | Seattle, WA  98101<br>(206) 553-2242 |
| 11 | Jehiel.Baer@usdoj.gov |

Notice of Appearance - 2
*United States v. Rosenberg, et al.,* CR20-151-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2021, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system, which sends notice of the filing to all ECF participants of record.

 */s/ Chantelle Smith*
CHANTELLE SMITH
FSA Supervisory Paralegal, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Chantelle.Smith2@usdoj.gov

Notice of Appearance - 3
*United States v. Rosenberg, et al.,* CR20-151-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970