The Honorable Brian A. Tsuchida
The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EPHRAIM ROSENBERG,<br><br>Defendant. | NO. CR 20-151 RAJ<br><br>STIPULATED REQUEST FOR PERMISSION FOR DEFENDANT ROSENBERG'S OUT OF DISTRICT TRAVEL<br><br>Noted: February 1, 2021 |

The Defendant Ephraim Rosenberg, by his attorneys, Peter Offenbecher and Jacob Laufer, hereby requests the permission of the Court to travel to Florida for two occasions of the Jewish holidays as follows: (1) a holiday trip from February 21, 2021 to February 28, 2021 (the Purim holiday); and (2) a holiday trip from March 21, 2021 to April 6, 2021 (the Passover holiday).

Undersigned counsel has conferred with the counsel for the government. The government has no objection to the requested travel. Mr. Laufer has conferred with the assigned

STIPULATED REQUEST FOR PERMISSION FOR
DEFENDANT ROSENBERG'S OUT OF DISTRICT
TRAVEL – 1

3279039

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

United States Pretrial Services Officer in the Eastern District of New York, who also indicates no objection to the requested travel.

It is therefore requested that the Court approve the indicated travel.

DATED this 1st day of February 2021.

Presented by:

*[signature]*

Peter Offenbecher
Jacob Laufer
Attorneys for Ephraim Rosenberg

## ORDER

The Court has considered this travel request and hereby ORDERS AS FOLLOWS:

The request for permission to travel as indicated above is APPROVED. The defendant shall inform the assigned Pretrial Services Officer of the specifics of the travel and follow all other directions of the Pretrial Services Officer.

IT IS SO ORDERED.

DATED this _____ day of February 2021.

_____
The Honorable Brian A. Tsuchida
The Honorable Richard A. Jones

STIPULATED REQUEST FOR PERMISSION FOR
DEFENDANT ROSENBERG'S OUT OF DISTRICT
TRAVEL – 2

3279039

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

**CERTIFICATE OF SERVICE**

I, Kyle Follendorf, certify that on February 1, 2021, I electronically filed the Stipulated Request for Permission for Defendant Rosenberg's Out of District Travel and Order with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

DATED this 1st day of February, 2021.

Kyle Follendorf
SKELLENGER BENDER, P.S.
Paralegal

STIPULATED REQUEST FOR PERMISSION FOR DEFENDANT ROSENBERG'S OUT OF DISTRICT TRAVEL – 3

3279039

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501