The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>EPHRAIM ROSENBERG,<br><br>　　　　　　　Defendant. | NO. CR 20-151 RAJ<br><br>ORDER GRANTING STIPULATED MOTION FOR PERMISSION FOR DEFENDANT ROSENBERG'S OUT OF DISTRICT TRAVEL |

　　　　THIS MATTER comes before the Court upon Defendant Ephraim Rosenberg's unopposed motion for leave of the Court to travel to Florida for two occasions of the Jewish holidays as follows: (1) a holiday trip from February 21, 2021 to February 28, 2021 (the Purim holiday); and (2) a holiday trip from March 21, 2021 to April 6, 2021 (the Passover holiday).  Having considered the unopposed motion, and the files and pleadings herein,

　　　　IT IS ORDERED that Defendant's motion (Dkt. # 76) is GRANTED.  The motion for permission to travel is APPROVED.  The defendant shall inform the

ORDER GRANTING STIPULATED MOTION FOR
PERMISSION FOR DEFENDANT ROSENBERG'S
OUT OF DISTRICT TRAVEL – 1

assigned Pretrial Services Officer of the specifics of the travel and follow all other directions of the Pretrial Services Officer.

DATED this 2nd day of February, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge