UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA<br>            Plaintiff<br>vs.<br>Ephraim Rosenberg<br>            Defendant. | No. 2:20-cr-00151-RAJ-001<br><br>WAIVER OF HEARING<br>MODIFICATION OF BOND CONDITIONS |

I, Ephraim Rosenberg, have been advised that United States Probation Officer Erin O'Donnell will petition the Court for modification of my bond conditions as follows:

*No direct or indirect contact between the Defendant and any current or previously known Amazon employees in seller support or investigations; this provision does not prohibit others, such as the Defendant's clients, from contacting Amazon through normal business channels and programs for legitimate business purposes.*

I have also been advised that I am entitled to a hearing before the Court in which I would be represented by legal counsel in order to contest this proposed modification. I concur with the proposed modification and hereby waive such a hearing.

Dated this 1st day of June 2021

_____
Defendant, Ephraim Rosenberg by Peter Offenbecher  6/11/21

_____
Probation Officer, Erin O'Donnell