The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR20-151RAJ |
|---|---|
| Plaintiff, | ***UNOPPOSED* MOTION TO SEAL** |
| v. | |
| EPHRAIM ROSENBERG, | Noting date:  June 25, 2021 |
| Defendant. | |

The United States of America, by and through Tessa M. Gorman, Acting United States Attorney for the Western District of Washington, and undersigned counsel, files this motion respectfully requesting that the Pretrial Petition and Order (Dkt. #81), in the above-captioned matter, be filed under seal and remain under seal.

On June 17, 2021, a petition and order modifying the terms of Defendant's pretrial bond appeared on the docket.  That filing, prepared by the U.S. Pretrial & Probation Office, included, among other things, the name of "Person-1," a potential witness who was the recipient of a perceived threatening message.  Person-1 is not a charged defendant, nor is Person-1 a target of the criminal investigation.  The filing reveals personal information about Person-1, evidenced by the fact that at least one media outlet found additional information on-line about Person 1 and attempted to contact Person-1 directly.

Accordingly, the United States respectfully requests that the Pretrial Petition and Order (Dkt. #81), in the above-captioned matter, be filed under seal and remain under seal. Defendant, through counsel, does not oppose this request for sealing.

Alternatively, the United States requests that a redacted version of the Pretrial Petition and Order (Dkt. #81), redacting the name and identifying information of Person-1, be filed on the docket.

DATED this 25th day of June, 2021.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*s/Steven Masada*
*s/Nicholas Manheim*
STEVEN MASADA
NICHOLAS MANHEIM
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:   (206) 553-7970
Fax:              (206) 553-4440