The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EPHRAIM ROSENBERG,<br><br>Defendant. | NO. CR20-151RAJ<br><br>[Proposed]<br>**ORDER TO SEAL** |

Based upon the unopposed motion of the United States, and the representations made therein, it is HEREBY ORDERED that:

The Pretrial Petition and Order (Dkt. #81) in this matter be FILED UNDER SEAL because it contains personal information of an uncharged person and the interests of justice are served by maintaining that information under seal.

IT IS SO ORDERED this _____ day of June, 2021.

_____
RICHARD A. JONES
United States District Judge

Presented by:

*s/ Steven Masada*
STEVEN MASADA
Assistant United States Attorney

Order to Seal - 1
*United States v. Rosenberg*, CR20-151RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970