The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EPHRAIM ROSENBERG,<br><br>Defendant. | NO. CR20-151RAJ<br><br>ORDER GRANTING MOTION TO SEAL |

Based upon the unopposed motion of the United States, and the representations made therein, and the Court finding good cause, it is HEREBY ORDERED that:

The United States' Unopposed Motion to Seal (Dkt. # 82) is GRANTED. The Pretrial Petition and Order (Dkt. # 81) in this matter shall be filed under seal because it contains personal information of an uncharged person and the interests of justice are served by maintaining that information under seal.

DATED this 29th day of June, 2021.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
*United States v. Rosenberg*, CR20-151RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970