The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

EPHRAIM ROSENBERG,

                Defendant.

NO. CR20-151 RAJ

DEFENDANT ROSENBERG'S WAIVER
OF RIGHT TO SPEEDY TRIAL

       I, Ephraim Rosenberg, having been advised by my attorneys of my rights to a speedy trial under the federal Constitution and the federal Speedy Trial Act (18 U.S.C. § 3161 *et seq.*), hereby waive those provisions and agree that the period of time through October 31, 2022, shall be an excludable period of time pursuant to 18 U.S.C. § 3161(h)(7)(A).

       DATED this 22 day of October, 2021.

Respectfully submitted,

_____

EPHRAIM ROSENBERG
Defendant

DEFENDANT ROSENBERG'S WAIVER OF RIGHT
TO SPEEDY TRIAL – 1

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

3448365

1   Presented by:

2

3   _____
    Peter Offenbecher
    Jacob Laufer
4   Attorneys for Ephraim Rosenberg

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DEFENDANT ROSENBERG'S WAIVER OF RIGHT
TO SPEEDY TRIAL – 2

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

3448365

1

**CERTIFICATE OF SERVICE**

2      I, Kyle Follendorf, certify that on October 22, 2021, I electronically filed Defendant

3   Rosenberg's Waiver of Right to Speedy Trial with the Clerk of the Court using the CM/ECF

4   system, which will send notification of such filing to all attorneys of record.

5      DATED this 22nd day of October, 2021.

6

7   _____
    Kyle Follendorf
8   SKELLENGER BENDER, P.S.
    Paralegal

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DEFENDANT ROSENBERG'S WAIVER OF RIGHT
TO SPEEDY TRIAL – 3

skellenger bender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

3448365