The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EPHRAIM ROSENBERG,<br><br>Defendant. | NO. CR20-151 RAJ<br><br>DEFENDANT ROSENBERG'S WAIVER OF RIGHT TO SPEEDY TRIAL |

I, Ephraim Rosenberg, having been advised by my attorneys of my rights to a speedy trial under the federal Constitution and the federal Speedy Trial Act (18 U.S.C. § 3161 *et seq.*), hereby waive those provisions and agree that the period of time through February 28, 2023, shall be an excludable period of time pursuant to 18 U.S.C. § 3161(h)(7)(A).

DATED this 14th day of July 2022.

Respectfully submitted,

_/s/ Ephraim Rosenberg_
EPHRAIM ROSENBERG
Defendant

DEFENDANT ROSENBERG'S WAIVER OF RIGHT
TO SPEEDY TRIAL – 1

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

3623144.docx

1  Presented by:

2  _____
3  Peter Offenbecher
   Jacob Laufer
4  Attorneys for Ephraim Rosenberg

DEFENDANT ROSENBERG'S WAIVER OF RIGHT TO SPEEDY TRIAL – 2

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

3623144.docx

**CERTIFICATE OF SERVICE**

I, Jule Freeman, certify that on July 14, 2022, I electronically filed Defendant Rosenberg's Waiver of Right to Speedy Trial with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

DATED this 14th day of July 2022.

_____
Jule Freeman
SKELLENGER BENDER, P.S.
Case Manager

DEFENDANT ROSENBERG'S WAIVER OF RIGHT TO SPEEDY TRIAL – 3

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

3623144.docx