The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EPHRAIM ROSENBERG,

    Defendant.

NO. CR20-151 RAJ

DEFENDANT ROSENBERG'S WAIVER OF RIGHT TO SPEEDY TRIAL

I, Ephraim Rosenberg, having been advised by my attorneys of my rights to a speedy trial under the federal Constitution and the federal Speedy Trial Act (18 U.S.C. § 3161 *et seq.*), hereby waive those provisions and agree that the period of time through June 15, 2023, shall be an excludable period of time pursuant to 18 U.S.C. § 3161(h)(7)(A).

DATED this ____ day of October 2022.

Respectfully submitted,

*/s/ Ephraim Rosenberg*
EPHRAIM ROSENBERG
Defendant

DEFENDANT ROSENBERG'S WAIVER OF RIGHT
TO SPEEDY TRIAL – 1

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

1 | Presented by:

2 | *[signature]*

3 | Peter Offenbecher
  | Jacob Laufer
4 | Attorneys for Ephraim Rosenberg

DEFENDANT ROSENBERG'S WAIVER OF RIGHT TO SPEEDY TRIAL – 2

skellenger bender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

Rosenberg - waiver.docx

**CERTIFICATE OF SERVICE**

I, Jule Freeman, certify that on October 24, 2022, I electronically filed Defendant Rosenberg's Waiver of Right to Speedy Trial with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

DATED this 24th day of October 2022.

_____
Jule Freeman
SKELLENGER BENDER, P.S.
Case Manager

DEFENDANT ROSENBERG'S WAIVER OF RIGHT TO SPEEDY TRIAL – 3

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

Rosenberg - waiver.docx