The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EPHRAIM ROSENBERG,<br><br>Defendant. | NO. 2:20-cr-00151-RAJ<br><br>ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

THE COURT, having considered the Stipulated Motion to Continue Trial Date and Pretrial Motions Deadline, and all the files and records herein, finds as follows:

1. The facts and circumstances are as set forth in the Stipulated Motion to Continue Trial Date and Pretrial Motions Deadline;

2. The case is complex due to such factors as the nature of the charges and prosecution, the potential consequences, the possible questions of law and fact, the unusual complexity of the case, and the significant size, scope, and technical nature of discovery;

3. The Coronavirus Disease 2019 (COVID-19) pandemic and health-related considerations further have hampered the parties' ability to examine evidence and adequately prepare for trial;

4. Failure to grant a continuance in this case would deny counsel the reasonable time necessary for effective preparation of trial and other pretrial proceedings, taking into account the exercise of due diligence;

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 1
*U.S. v. Rosenberg*  2:20-cr-00151-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5. For these reasons, failure to grant a continuance could result in a miscarriage of justice;

6. The ends of justice served by granting this continuance outweigh the best interest of the public and the defendants in a speedy trial; and

7. All these findings are made within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(i),(ii) and (iv).

IT IS THEREFORE ORDERED that:

1. The parties' Stipulated Motion to Continue Trial Date and Pretrial Motions Deadline (Dkt. 153) is GRANTED.

2. The trial in this matter is continued to May 15, 2023, at 9:00 a.m.;

3. All pretrial motions, including motions in limine, shall be filed no later than March 30, 2023. All pretrial motions shall be noted for consideration on the third Friday after filing, with responses thereto due no later than fourteen days after filing of motions; and

4. The period of time from the date of this order until the new trial date of May 15, 2023, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

DATED this 26th day of October, 2022.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 2
*U.S. v. Rosenberg*  2:20-cr-00151-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970