Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR20-151 RAJ |
| Plaintiff, | GOVERNMENT'S NOTICE OF WITHDRAWAL OF COUNSEL |
| v. | |
| EPHRAIM ROSENBERG, ET AL., | |
| Defendants. | |

Please take notice that there has been a change of counsel for the United States and Assistant United States Attorney Nicholas Manheim is no longer assigned to this case and hereby submits this notice of withdrawal. The withdrawing AUSA request to be terminated and to be removed from receiving CM/ECF notices.

//
//
//

Notice of Withdrawal - 1
*United States v Rosenberg, et al.*, CR20-151RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  AUSA Miriam Hinman has entered their appearance and remains as counsel of record for
2  the government, and all future pleadings and correspondence shall continue to be directed
3  to AUSA Miriam Hinman.

4  DATED this 26th day of January, 2023.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/ Nicholas Manheim*
NICHOLAS MANHEIM
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-4399
Fax: 206-553-0582
Email: nicholas.manheim@usdoj.gov

Notice of Withdrawal - 2
*United States v Rosenberg, et al.*, CR20-151RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970