The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>EPHRAIM ROSENBERG,<br><br>        Defendant. | NO. CR20-151 RAJ<br><br>NOTICE OF ATTORNEY CHANGE OF ADDRESS |

Pursuant to Local Rule 10(f) of the Local Rules of the Western District of Washington, Peter Offenbecher, Local Counsel for Ephraim Rosenberg, hereby provides notice of a change of address to the following:

Peter Offenbecher
SKELLENGER BENDER, P.S.
520 Pike Street, Suite 1001
Seattle, WA 98101

Dated this 23rd day of February 2023.

Peter Offenbecher, WSBA No. 11920
SKELLENGER BENDER, P.S.
Attorneys for Ephraim Rosenberg

NOTICE OF ATTORNEY CHANGE OF
ADDRESS – 1

skellenger bender

520 - Pike Street, Suite 1001
Seattle, Washington 98101-4092
(206) 623-6501

3805538.docx