Magistrate Judge Mary Alice Theiler

```
_____ FILED       _____ ENTERED
_____ LODGED      _____ RECEIVED

            MAR 30 2023
               AT SEATTLE
       CLERK U.S. DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON
     BY                        DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EPHRAIM ROSENBERG,<br><br>Defendant | NO. CR20-151 RAJ<br><br>CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE A UNITED STATES MAGISTRATE JUDGE |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty to the charge contained in Count 1 of the Indictment in the above case, and I request and consent to the acceptance of my plea by a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

//
//
//
//

Consent To Rule 11 Plea - 1
*United States v. Ephraim Rosenberg*, CR20-151 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

I understand that if the United States Magistrate Judge orders the preparation of a presentence investigation report, the assigned United States District Judge will then decide whether to accept or reject my plea of guilty and any plea agreement I may have with the United States and will adjudicate guilt and impose sentence.

DATED this 30th day of March, 2023.

_____
EPHRAIM ROSENBERG
Defendant

_____
JACOB LAUFER, pro hac vice
PETER OFFENBECHER
Attorneys for Defendant

APPROVED:

_____
MIRIAM R. HINMAN
Assistant United States Attorney

Consent To Rule 11 Plea - 2
United States v. Ephraim Rosenberg, CR20-151 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970