Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EPHRAIM ROSENBERG,<br><br>Defendant. | NO. CR20-151 RAJ<br><br>REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY |

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and has entered a plea of guilty to the charges contained in Count 1 of the Indictment. After examining the defendant under oath, I determined that the guilty plea was knowingly, intelligently, and voluntarily made, and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense.

//
//
//
//
//
//
//

Report and Recommendation - 1
United States v. Ephraim Rosenberg, CR20-151 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

I therefore ordered a presentence report.  Subject to the Court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11, I recommend that the defendant be adjudged guilty and have sentence imposed.

DATED this  30  day of  March , 2023.

_____
THE HONORABLE MARY ALICE THEILER
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Objections to this Report and Recommendation are waived unless filed and served within fourteen (14) days.  28 U.S.C. § 636(b)(1)(B).

Report and Recommendation - 2
*United States v. Ephraim Rosenberg*, CR20-151 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970