The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EPHRAIM ROSENBERG,<br><br>Defendant. | NO. CR20-151 RAJ<br><br>STIPULATED MOTION TO AUTHORIZE CLERK OF COURT TO ACCEPT PAYMENT<br><br>Note on Motion Calendar: June 21, 2023 |

The United States of America and defendant Ephraim Rosenberg jointly move for an order permitting the Clerk of Court to accept payment toward Defendant's anticipated criminal monetary imposition before sentencing and the entry of judgment.

Defendant has entered a plea agreement with the United States in this matter and agreed to pay a $100,000 fine. *See* Dkt. 182 at ¶ 11. Sentencing is set for July 14, 2023. In anticipation of the Court's potential imposition of the agreed-upon $100,000 fine, Defendant has prepared and transmitted to his/her counsel, Peter Offenbecher, funds to pay $100,000 into the Registry of the Court, to be later applied to Defendant's criminal monetary impositions in this case.

Stipulated Motion to Authorize Clerk to Accept Payment
*United States v. Rosenberg*; No. CR20-151 RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Accordingly, the parties move for an order under Local Civil Rule 67(a) (made applicable to criminal cases by Local Criminal Rule 1(a)), authorizing the Clerk of Court to accept the funds in the form of a cashier's or business check and hold them in the Registry of the Court until they may be disbursed pursuant to a separate order after sentencing.

DATED: June 21, 2023

Respectfully submitted,

NICHOLAW W. BROWN
United States Attorney

*s/ Miriam R. Hinman*
MIRIAM R. HINMAN
Assistant United States Attorney

*s/ Peter Offenbecher*
PETER OFFENBECHER
JACOB LAUFER
Attorneys for Defendant Ephraim Rosenberg

Stipulated Motion to Authorize Clerk to Accept Payment
*United States v. Rosenberg*; No. CR20-151 RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970