The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>EPHRAIM ROSENBERG,<br><br>Defendant. | NO. CR20-151 RAJ<br><br>STIPULATED MOTION TO AUTHORIZE CLERK OF COURT TO DISBURSE FUNDS<br><br>Note on Motion Calendar: July 21, 2023 |

The United States of America and defendant Ephraim Rosenberg jointly move for an order permitting the Clerk of Court to disburse funds from the Registry of the Court.

On July 14, 2023, the Court sentenced Rosenberg to two years of probation, including 12 months of home detention, and ordered him to pay a fine of $100,000 and a special assessment of $100. Dkt. 199. Before sentencing, Defendant paid $100,000 into the Registry of the Court, to be applied to his/her Criminal Monetary impositions upon entry of the Judgment. See Dkt. 189 & Receipt.

Accordingly, the parties move for an order under Local Civil Rule 67(b) (made applicable to criminal cases by Local Criminal Rule 1(a)), authorizing the Clerk of Court

Stipulated Motion to Authorize Clerk to Disburse Funds
*United States v. Rosenberg*; No. CR20-151 RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

to disburse $100,000 principal, plus all accrued interest, to be applied to the fine imposed in the Criminal Judgment in this case. *See* Dkt. 199.

DATED: July 21, 2023

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*s/ Miriam R. Hinman*
MIRIAM R. HINMAN
Assistant United States Attorney

*s/ Peter Offenbecher*
JACOB LAUFER
PETER OFFENBECHER
Attorneys for Defendant Ephraim Rosenberg

Stipulated Motion to Authorize Clerk to Disburse Funds
*United States v. Rosenberg*; No. CR20-151 RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970