The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>EPHRAIM ROSENBERG,<br><br>Defendant. | NO. 2:20-cr-00151-RAJ<br><br>ORDER AUTHORIZING CLERK OF COURT TO DISBURSE FUNDS |

THIS MATTER comes before the Court on the parties' Stipulated Motion to Authorize the Clerk of Court to Disburse Funds.

After reviewing the stipulated motion, and good cause appearing, the Court enters the following ORDER:

Pursuant to Local Civil Rule 67(b) (made applicable to criminal proceedings by Local Criminal Rule 1(a)), the Clerk is authorized and directed to draw (a) check(s) on the funds deposited in the registry of this court in the principal amount of

///

///

///

ORDER AUTHORIZING CLERK TO DISBURSE FUNDS
*United States v. Rosenberg*; No. 2:20-cr-000-151 RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

$100,000, plus all accrued interest, to be applied to the fine imposed in the Criminal Judgment in this case. *See* Dkt. 199.

DATED this 25th day of July, 2023.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER AUTHORIZING CLERK TO DISBURSE FUNDS
*United States v. Rosenberg*; No. 2:20-cr-000-151 RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970