The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EPHRAIM ROSENBERG,<br><br>Defendant. | NO. 2:20-cr-00151-RAJ<br><br>ORDER GRANTING DEFENDANT ROSENBERG'S UNOPPOSED MOTION TO MODIFY THE TERMS OF FEDERAL PROBATION TO PERMIT A SINGLE NIGHT OF OVERNIGHT TRAVEL |

The Court, having reviewed Defendant Rosenberg's Unopposed Motion to Modify Terms of Federal Probation to Permit a Single Night of Overnight Travel, this proposed form of Order, and the pleadings and records already on file, hereby GRANTS the motion.

IT IS HEREBY ORDERED that Mr. Rosenberg is permitted to travel from his home in Brooklyn, New York, to Lakewood, New Jersey, on June 21, 2024, stay one night in Lakewood, New Jersey, and return to Brooklyn, New York, on June 22, 2024, as directed by his probation officer.

///

///

ORDER GRANTING DEFENDANT ROSENBERG'S UNOPPOSED MOTION TO MODIFY THE TERMS OF FEDERAL PROBATION TO PERMIT A SINGLE NIGHT OF OVERNIGHT TRAVEL – 1

skellenger bender

520 - Pike Street, Suite 1001
Seattle, Washington 98101-4092
(206) 623-6501

IT IS FURTHER ORDERED that Mr. Rosenberg shall provide the probation office with complete travel itinerary details and check in with the probation officer on Friday evening, before the Sabbath and Saturday night, after the Sabbath, and as otherwise requested by United States Probation.

DATED this 11th day of June, 2024.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT ROSENBERG'S UNOPPOSED MOTION TO MODIFY THE TERMS OF FEDERAL PROBATION TO PERMIT A SINGLE NIGHT OF OVERNIGHT TRAVEL – 2

skellenger bender
520 - Pike Street, Suite 1001
Seattle, Washington 98101-4092
(206) 623-6501