The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EPHRAIM ROSENBERG,<br><br>Defendant. | NO. CR20-151 RAJ<br><br>ORDER GRANTING STIPULATED MOTION TO RETURN PASSPORT AND EXONERATE PRETRIAL RELEASE ORDER |

This Court has considered the Stipulated Motion to Return Passport and Exonerate Pretrial Release Order, this proposed form of Order, and the records and pleadings already on file. It is therefore

ORDERED that the Stipulated Motion to Return Passport and Exonerate Pretrial Release Order (Dkt. 262) is GRANTED.  The pretrial release order is hereby exonerated and counsel are authorized to return to Mr. Rosenberg his passport.

DATED this 3rd day of September, 2024.

_____
The Honorable Richard A. Jones
United States District Judge